UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

_____
)
GARY RICHMOND and ANNA RICHMOND,　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Civil Action No. 5:12-0222
　　　　　　　　　　　　　　　　　　)
HSBC CARD SERVICES, INC.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)
_____)

STIPULATION OF DISMISSAL *WITH PREJUDICE*

Under Fed .R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Gary Richmond and Anna Richmond

("Plaintiffs") and Defendant HSBC Card Services, Inc. ("Card Services"), through counsel,

hereby stipulate to the immediate dismissal **with prejudice** of all claims asserted in the above-

entitled action.


| | |
|---|---|
| Plaintiffs, | Defendants, |
| Gary Richmond and Anna Richmond, | HSBC Card Services, Inc. |
| | |
| /s/ Paul W. Roop | /s/ Sean R. Higgins |
| Paul W. Roop, II (WV Bar No. 5406) | Sean R. Higgins (WV Bar No. 11466) |
| Roop Law Office, L.C. | sean.higgins@nelsonmullins.com |
| P.O. Box 1145 | Nelson Mullins Riley & Scarborough LLP |
| Beckley, WV  25801 | One Post Office Square, 30th Floor |
| | Boston, Massachusetts 02109 |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendant,* |
| | *HSBC Card Services, Inc.* |

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

_____

|  |  |  |
|---|---|---|
| GARY RICHMOND and ANNA RICHMOND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:12-0222 |
| | ) | |
| HSBC CARD SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____)

<u>CERTIFICATE OF SERVICE</u>

I, Sean R. Higgins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: December 19, 2012              */s/ Sean R. Higgins*              

2