UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| GARY RICHMOND and ANNA RICHMOND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HSBC CARD SERVICES, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 5:12-0222 |

### STIPULATION OF DISMISSAL *WITH PREJUDICE*

Under Fed .R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Gary Richmond and Anna Richmond ("Plaintiffs") and Defendant HSBC Card Services, Inc. ("Card Services"), through counsel, hereby stipulate to the immediate dismissal **with prejudice** of all claims asserted in the above-entitled action.

Plaintiffs,
Gary Richmond and Anna Richmond,

/s/ Paul W. Roop
Paul W. Roop, II (WV Bar No. 5406)
Roop Law Office, L.C.
P.O. Box 1145
Beckley, WV  25801

*Counsel for Plaintiffs*

Defendants,
HSBC Card Services, Inc.

/s/ Sean R. Higgins
Sean R. Higgins (WV Bar No. 11466)
sean.higgins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109

*Counsel for Defendant,*
*HSBC Card Services, Inc.*

ENTERED: December 19, 2012

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

1